

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00218-CV |
| IN THE INTEREST OF K.A.K. AND | § | Appeal from the |
| A.V.K., CHILDREN, | § | |
| | § | 302nd District Court |
| | § | of Dallas County, Texas |
| | § | (TC# DF-13-13628) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.